# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0261

**MAY 10, 2021**

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 14-CR8-126847.

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** Relator should seek enforcement from the court that issued the order.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT